[Nos. 27892-1-III; 28206-6-III.   Division Three.   March 16, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. TORREY DESHAWN BAKER, *Appellant*.

*In the Matter of the Personal Restraint of* TORREY DESHAWN BAKER, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-1-01486-1, Annette S. Plese, J., entered February 11, 2009, together with a petition for relief from personal restraint. Judgment *affirmed in part* and *remanded* and petition *denied* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 26943-4-III.   Division Three.   March 18, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ESMERALDA A. GUEVARA, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 07-8-00241-6, Donald W. Schacht, J., entered February 7, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Brown, J.

[No. 27647-3-III.   Division Three.   March 18, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDALL C. WISE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-02218-1, Gregory D. Sypolt, J., entered December 3, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Brown, J.

[No. 27876-0-III.   Division Three.   March 18, 2010.]

DAVID I. KULP ET AL., *Respondents*, v. GOLDEN RESOURCES, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 08-2-00501-0, Allen Nielson, J., entered January 27, 2009. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Korsmo, J.